IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No. _____

| | |
|---|---|
| DONNA ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FIRST HORIZON BANK, formerly d/b/a FIRST TENNESSEE BANK, and ANNA LONG, | ) ) ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed. R. Civ. P. 7.1, **First Horizon Bank, successor by conversion to First Tennessee Bank National Association (erroneously named herein as "First Horizon Bank, formerly d/b/a First Tennessee Bank"), and Anna Long,** who are the **Defendants**, make the following disclosures:

1. *Is either party a publicly held corporation or other publicly held entity?*

   Defendant First Horizon Bank is not a publicly held entity; it is a Tennessee banking corporation.

   Defendant Anna Long is an individual defendant.

2. *Does either party have any parent corporations?*

   Defendant First Horizon Bank is a wholly owned subsidiary of First Horizon National Corporation, which is a publicly held entity.

   Defendant Anna Long is an individual defendant with no parent corporation.

   *If yes, identify all parent corporations, including grandparent and great-grandparent corporations:*

Defendant First Horizon Bank is a wholly owned subsidiary of First Horizon National Corporation.

3. *Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?*

   __X__ Yes  _____ No

   *If yes, identify all such owners*:

   Defendant First Horizon Bank is a wholly owned subsidiary of First Horizon National Corporation.

4. *Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?*

   _____ Yes  __X__ No

   *If yes, identity entity and nature of interest:*

   Not applicable.

5. *Is either party a trade association?*

   _____ Yes  __X__ No

   *If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock*:

   Not applicable.

6. *If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors committee*:

   Not applicable.

2

Case 1:20-cv-00992-WO-LPA   Document 3   Filed 11/02/20   Page 2 of 4

Respectfully submitted this the 2nd day of November, 2020.

                                        OGLETREE, DEAKINS, NASH,
                                         SMOAK & STEWART, P.C.

                                        /s/ Robert A. Sar
                                        Robert A. Sar (N.C. Bar No. 22306)
                                        Patrick D. Lawler (N.C. Bar No. 47882)
                                        8529 Six Forks Road
                                        Forum IV, Suite 600
                                        Raleigh, North Carolina 27615
                                        Telephone: 919.787.9700
                                        Facsimile: 919.783.9412
                                        Email: bob.sar@ogletree.com
                                        E-mail: patrick.lawler@ogletree.com

                                        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** was electronically filed with the Clerk of Court using the CM/ECF system and that the undersigned as served the foregoing upon all parties to this cause in accordance with the Federal Rules of Civil Procedure by depositing a copy thereof, via First Class mail, postage paid in the United States mail, addressed to:

Harvey L. Kennedy
Harold L. Kennedy, III
Kennedy, Kennedy, Kennedy and Kennedy, LLP
301 North Main Street, Suite 2000
Winston Salem, N.C. 27101
(336) 724-9207
harveykennedy@bellsouth.net
harveykennedyiii@bellsouth.net

*Attorneys for Plaintiff*

This the 2nd day of November, 2020.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Patrick D. Lawler
Robert A. Sar (N.C. Bar No. 22306)
Patrick D. Lawler (N.C. Bar No. 47882)
8529 Six Forks Road
Forum IV, Suite 600
Raleigh, North Carolina 27615
Telephone: 919.787.9700
Email: bob.sar@ogletree.com
E-mail: patrick.lawler@ogletree.com

*Attorneys for Defendants*